Andray STAGGERS, Plaintiff–Appellant,

v.

Lyle BROADHEAD, Deputy Warden; et al., Defendants–Appellees.

No. 07–17251.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009 *.

Filed April 23, 2009.

Andray Staggers, Winslow, AZ, pro se.

Paul E. Carter, Esq., Office of the Arizona Attorney General, Tucson, AZ, for Defendant–Appellee.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Andray Staggers, an Arizona state prisoner, appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003), and we affirm.

The district court properly dismissed the action because McCarthy did not complete the prison grievance process prior to filing suit. *See Woodford v. Ngo*, 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" under § 1997e(a) requires adherence to administrative procedural rules).

We will not consider Staggers' newly-raised contention that a prison official named Richards allegedly did not allow him to grieve his claim. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir.1999) (explaining that, as a general rule, the court will not consider arguments that are raised for the first time on appeal).

Staggers' remaining contentions are unpersuasive.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.